Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
CECILIA E. GONZALEZ

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CECILIA E. GONZALEZ,<br><br>             Plaintiff,<br>     v.<br><br>HERITAGE PACIFIC FINANCIAL, LLC, d/b/a HERITAGE PACIFIC FINANCIAL, a Texas limited liability company; CHRISTOPHER DAVID GANTER, individually and in his official capacity; BENJAMIN ALAN GANTER, individually and in his official capacity; STEPHEN THOMAS REHEUSER, individually and in his official capacity; BRAD A. MOKRI, a/k/a BEHRAD A. AMIRMOKRI, individually and in his official capacity; JENNIFER NICHOLE HUPE, individually and in her official capacity; and DOES 1 through 20, inclusive,<br><br>             Defendants. | Case No. 2:12-CV-01816-ODW-JCG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

Plaintiff, CECILIA E. GONZALEZ, and Defendants, HERITAGE PACIFIC FINANCIAL, LLC, CHRISTOPHER DAVID GANTER, BENJAMIN ALAN GANTER, STEPHEN THOMAS REHEUSER, BRAD A. MOKRI, and JENNIFER NICHOLE HARRIS, hereby stipulate and agree that the claims asserted in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).  All parties to bear their own costs and attorneys fees.

/ / /

| | | |
|---|---|---|
| 1 | Dated: November 15, 2012 | /s/ Fred W. Schwinn |
| 2 | | Fred W. Schwinn, Esq. |
| | | Attorney for Plaintiff |
| 3 | | CECILIA E. GONZALEZ |
| 4 | | |
| 5 | Dated: November 15, 2012 | /s/ Brad A. Mokri |
| | | Brad A. Mokri, Esq. |
| 6 | | Attorney for Defendants |
| 7 | | HERITAGE PACIFIC FINANCIAL, LLC, CHRISTOPHER DAVID GANTER, |
| 8 | | BENJAMIN ALAN GANTER, STEPHEN THOMAS REHEUSER, and JENNIFER |
| 9 | | NICHOLE HUPE |
| 10 | | |
| 11 | Dated: November 15, 2012 | /s/ Jennifer N. Harris |
| | | Jennifer N. Harris, Esq. |
| 12 | | Attorney for Defendant |
| | | BRAD A. MOKRI |

- 2 -

STIPULATION OF DISMISSAL                                    Case No. 2:12-CV-01816-ODW-JCG